# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OPTUMRX, INC. AND UNITED
HEALTHCARE OF LOUISIANA, INC
D/B/A UNITED HEALTHCARE
COMMUNITY PLAN

NO.  2023 CW 0272

**MARCH 23, 2023**

---

In Re:    OptumRx, Inc. and United Healthcare Community Plan,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 717848.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

　　　**STAY DENIED; WRIT DENIED.**    The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMG
EW
SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

---

DEPUTY CLERK OF COURT
　　FOR THE COURT